# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

PETMATRIX LLC,

        Plaintiff,

v.                                                   Case No: 6:15-cv-344-Orl-40KRS

WENZHOU YUXIANG PET PRODUCT
CO., LTD.,

        Defendant.
_____/

## ORDER

This cause is before the Court on the parties Joint Motion to Stay Pending Resolution of *Inter Partes* Review (Doc. 38) filed on July 27, 2015. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 4, 2015 (Doc. 40), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion to Stay Pending Resolution of *Inter Partes* Review (Doc. 38) is **GRANTED IN PART AND DENIED IN PART**.

3. The parties are **DIRECTED** to file a joint status report on September 28, 2015 and every thirty (30) days thereafter.

4. The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** the case through January 8, 2016, or such earlier date as the request for *inter partes* review is terminated or withdrawn.

**DONE AND ORDERED** in Orlando, Florida on August 28, 2015.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties